IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES                                                               PLAINTIFF

v.                                            Case No.  2:14-CR-20020

ROBERT McLELLAN                                                          DEFENDANT

## O R D E R

Currently before the Court is the report and recommendation (Doc. 10) filed in this case

on June 2, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate Judge

for the Western District of Arkansas.  Both parties have waived the right to object to the report

and recommendation for the purpose of expediting acceptance of the guilty plea in this matter.

(Doc. 7).

The Court has reviewed this case and, being well and sufficiently advised, finds as

follows: the report and recommendation is proper and should be and hereby is ADOPTED IN

ITS ENTIRETY.

Accordingly, for the reasons stated in the Magistrate Judge's report and recommendation,

Defendant's guilty plea is accepted, and the written plea agreement is tentatively approved,

subject to final approval at sentencing.

A preliminary order of forfeiture will be entered by separate order.

IT IS SO ORDERED this 2nd day of June, 2014.

/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE